

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2020

No. 04-19-00359-CR

Laura Flores **MESSICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On January 21, 2020, appellant's appointed counsel filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that she had reviewed the appellate record and concluded there are no arguable grounds for reversal of appellant's conviction and sentence. On January 28, 2020, we notified appellant of her right to file a pro se brief and ordered her to file her brief by February 27, 2020. On February 18, 2020, appellant filed a motion requesting an extension of time to file her pro se brief. We granted appellant's motion and ordered her to file her brief by March 30, 2020. On April 1, 2020, appellant filed her pro se brief. Appellant also filed a document we construe as a request to be appointed new appellate counsel.

While appellant's current appointed counsel has filed an *Anders* brief, this court has not yet reviewed the merits of that brief. As a result, appellant's current appointed counsel has not yet been granted leave to withdraw from this case, and the question of whether appellant is entitled to new counsel is not yet ripe. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (after reviewing *Anders* brief, an appellate court may either "determine that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error" or "determine that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues"). We therefore **DENY** appellant's request for appointed counsel.

It is so **ORDERED** on April 3, 2020.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
Clerk of Court